No. 12–564. RENOBATO v. COMPASS BANK CORP. ET AL. C. A. 5th Cir. Certiorari denied.

No. 12–566. MCCLEARY, AS ADMINISTRATOR OF THE ESTATE OF EMAS v. RELIASTAR LIFE INSURANCE CO. C. A. 8th Cir. Certiorari denied.

No. 12–575. TRANS VIDEO ELECTRONICS, LTD. v. SONY ELECTRONICS, INC., ET AL. C. A. Fed. Cir. Certiorari denied.

No. 12–585. HAYES v. QUESTAR CAPITAL CORP. C. A. 8th Cir. Certiorari denied.

No. 12–595. CONRAD v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 12–599. CARTER v. THOMPSON, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 12–601. STEVENS ET UX. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–603. MORRIS v. NATIONAL FOOTBALL LEAGUE RETIREMENT BOARD. C. A. 11th Cir. Certiorari denied.

No. 12–612. EPPERSON v. SOUTHBANK. Sup. Ct. Miss. Certiorari denied.

No. 12–615. KATARE v. KATARE. Sup. Ct. Wash. Certiorari denied.

No. 12–617. LEADER TECHNOLOGIES, INC. v. FACEBOOK, INC. C. A. Fed. Cir. Certiorari denied.

No. 12–619. RAHMAN v. FOSTER TOWNSHIP, PENNSYLVANIA. Commw. Ct. Pa. Certiorari denied.

No. 12–620. ARAR, INC. v. FRONTERA EASTERN GEORGIA, LTD. C. A. 5th Cir. Certiorari denied.

No. 12–637. WEATHERBY v. FEDERAL EXPRESS CORP. C. A. 6th Cir. Certiorari denied.